# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OLSON, | CASE NO. 1:07-cv-01809-LJO-SMS PC |
| Plaintiff, | ORDER DISREGARDING REQUEST |
| v. | (Doc. 8) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

On January 6, 2011, Plaintiff Steven Olson filed a request for "judicial re-examination." This action was transferred to the Central District of California on December 19, 2007. Because Plaintiff's case is not pending before this court, his request for relief cannot be considered and it is HEREBY ORDERED DISREGARDED.

IT IS SO ORDERED.

**Dated:   January 10, 2011**             **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

1