# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OLSON,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>               Defendants. | CASE NO. 1:07-cv-01809-LJO-SMS PC<br><br>ORDER STRIKING MOTION, AND DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER<br><br>(Docs. 9 and 10) |

On February 16, 2011, the Court received a document entitled "Motion" from Plaintiff Steve Olson, a state prisoner who was proceeding pro se in this civil rights action. The nature of relief sought by Plaintiff is unclear, although it appears the filing may relate to an action filed by Plaintiff in Kern County Superior Court.

This action was closed following transfer to the Central District of California on December 19, 2007. It is not appropriate for Plaintiff to continue filings requests in this action. Filings pertaining to this action should be directed to the Central District of California and should set forth the case number assigned to the action following the transfer. If Plaintiff is attempting to seek relief from the Kern County Superior Court, he must file his motion with that court.

///
///
///
///
///

1

1   Accordingly, Plaintiff's motion is HEREBY STRICKEN from the record.

2   Plaintiff's address of record was updated via his recent motion, and the Clerk's Office
3   SHALL re-serve the court order filed on January 11, 2011, which was returned as undeliverable.

7   IT IS SO ORDERED.

8   **Dated:   February 24, 2011**              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE